OPINION #  O-7441                    WAS NEVER ISSUED OR

WAS WITHDRAWN.